AO91 (Rev. 8/01)   Criminal Complaint

United States Magistrate Court
DSO . SDTX
FILED

# UNITED STATES DISTRICT COURT

AUG 10 2015

**SOUTHERN**          DISTRICT OF          **TEXAS**

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|

V.

Felipe SANTIAGO-Carrasquillo
Zapata, TX
US

*C2A aHy*
*$75K's*
*PE 8.25.15*
*10AM.*

Case Number: **5:15MJ1099**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about    **July 22, 2015**    in    **Jim Hogg**    County, in the    **Southern**    District of    **Texas**    **Felipe SANTIAGO-Carrasquillo**    defendant(s), a citizen of the  United States, did unlawfully transport  four undocumented alien(s) within the Southern District of Texas knowing or in reckless disregard of the fact that said alien(s) had come to, entered, or remained in the United States in violation of law, and transported or moved said alien(s) within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law;

in violation of Title(s)    **8**    United States Code, Section(s)    **1324**

I further state that I am a(n)    **Border Patrol Agent**    and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Continued on Affidavit

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

/S/
Signature of Complainant

Victor Cardenas
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 30, 2015                                              at    Laredo, Texas
Date                                                              City and State

J. Hacker                              , U.S. Magistrate Judge
Name and Title of Judicial Officer                              Signature of Judicial Officer

## AFFIDAVIT
In support of Criminal Complaint

| UNITED STATES OF AMERICA V. | CRIMINAL COMPLAINT |
|---|---|
| Felipe SANTIAGO-Carrasquillo | **Case Number:** |

On Wednesday July 22, 2015, Border Patrol Agents (BPAs) assigned to the Hebbronville Station were conducting sign cutting duties at the Noriecitas Ranch located approximately 1 mile south of Hebbronville, Texas on Farm to Market Road 3073. At approximately 9:30 a.m., BPAs noticed footprints of a group of suspected illegal immigrants that had just crossed a barbwire fence line and began to follow it through the brush for approximately 30 minutes until a BPA observed a group of about four to five subjects trying to hide under some thick brush.

The BPA requested and received assistance of two other BPAs to apprehend the group of suspected illegal immigrants. At this time, BPAs apprehended all subjects hiding in the brush and identified themselves as U.S. Border Patrol Agents. All subjects were asked as to their citizenship, and four of the five subjects claimed to be illegally in the United States. The other subject, identified as Felipe SANTIAGO-Carrasquillo claimed he was a United States Citizen, born in Rio Piedra, Puerto Rico. At that point all subjects were placed under arrest and transported to the Hebbronville Border Patrol Station for further questioning and processing.

Once at the Hebbronville Station, databases revealed that Santiago-Carrasquillo had a previous arrest by Hebbronville BPAs for alien smuggling. The event occurred on June 30, 2009 and was captured on report HEB0906000133. The case was no prosecuted.

Santiago-Carrasquillo was read his Miranda rights by BPAs. Santiago-Carrasquillo understood and signed his rights, and provided a statement. Santiago-Carrasquillo claimed that he lived in Zapata, Texas and was not currently working at the time. Santiago-Carrasquillo admitted that he was guiding four undocumented aliens (UDAs) from El Salvador through the brush. Santiago-Carrasquillo claimed that he and an acquaintance picked the UDAs from a trailer home in Zapata, Texas and drove north on Highway 16 until arriving to Farm to Market Road 3073 where they were dropped off. At that time, they crossed a deer fence and started guiding the group towards Hebbronville, Texas. Santiago-Carrasquillo claimed that he instructed the group to follow him and to remain close. He was going to be paid $900 dollars after getting the UDAs picked up at the intended location in Hebbronville, Texas. Santiago-Carrasquillo claimed that he was trying to get the UDAs to Galbraith Street in Hebbronville, Texas where another subject was going to pick them up. Santiago-Carrasquillo claims he met this person about two months ago during another smuggling event where they successfully loaded up UDAs at this location.

Material Witness Henry Vladimir Ramirez-Hernandez claimed to be from El Salvador and having crossed illegally into the United States through Roma, Texas. Ramirez-Hernandez smuggling arrangements was done by his family and consisted of paying $7,500 dollars to get to his intended destination of Houston, Texas. Ramirez-Hernandez identified Santiago-Carrasquillo as the driver of the vehicle that took them to the brush and subsequently guiding them through it until their arrest by BPAs.

Material Witness Brenda Liseth HERNANDEZ-Cerna claimed to be from El Salvador and having crossed illegally into the United States by using a boat to get across the Rio Grande River. HERNANDEZ-Cerna claimed that she stayed at a house in Mexico for about eight days and was told by the two men in charge of the house that they would not cross into the United States until the rest of the money was paid by her mother and her brother. HERNANDEZ-Cerna smuggling arrangements were done by her mother and brother and consisted of paying $7,500 dollars to get to her intended destination of Houston, Texas. HERNANDEZ-Cerna claimed that Santiago-Carrasquillo picked them up at a house and had knowledge that they were illegally in the United States because he asked them where they were from and they told them that they were from El Salvador. HERNANDEZ-Cerna claimed that Santiago-Carrasquillo was the driver of the vehicle that picked them up and subsequently took them to the brush where they were guided for approximately three hours. HERNANDEZ-Cerna claimed that they were not provided water by Santiago-Carrasquillo.

- MAT WITS WERE initialed on 7/30/15, MJ # - 5:15MJ1099.

SUBSCRIBED and SWORN to before me this _____ day of _____.


_____          _____
Signature of Judicial Officer                                Signature of Complaint